02D03-2305-CT-000330

Allen Superior Court 3

Filed: 5/9/2023 8:34 AM
Clerk
Allen County, Indiana
JS

# IN THE ALLEN SUPERIOR COURT
# STATE OF INDIANA

| | | |
|---|---|---|
| MERETHA ARNOLD, | ) | CAUSE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KOHLS INDIANA LP. | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Meretha Arnold, by counsel, Glaser & Ebbs, LLC, for his Complaint against Defendant, Kohls Indiana LP, states as follows:

### NATURE OF ACTION

1. This is a premises liability action for personal injuries suffered by Plaintiff Meretha Arnold ("Plaintiff") against Defendant Kohls Indiana LP ("Defendant"). This action arises of out Defendant's breach of their highest duty of care.

### THE PARTIES

2. At all times relevant to this action, Meretha Arnold is and was a resident of Allen County, State of Indiana.

3. At all times relevant to this action, upon information and belief, Defendant Kohls Indiana LP is and was a Foreign Limited Partnership licensed and doing business in the State of Indiana.

### JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in the County of Allen, State of Indiana.

### FACTUAL BACKGROUND

5. Plaintiff hereby alleges and incorporates by reference the allegations in paragraphs one (1) through four (4) as and for paragraph 5 as if fully set forth herein.

6. On or about November 6, 2022, Plaintiff was on the premises of a property owned by the Defendant, in Allen County, State of Indiana, located at 10310 Maysville Rd., Fort Wayne, Indiana, 46835.

7. On or about November 6, 2022 Plaintiff was walking on the premises owned by the Defendant, when she fell on the flooring which Defendant had highly polished.

## NEGLIGENCE

8. Plaintiff hereby realleges and incorporates by reference the allegations in paragraphs one (1) through seven (7) as and for paragraph 8 as if fully set forth herein.

9. Plaintiff's fall was a direct and proximate result of the negligence of Defendant such negligence including but not limited to failing to maintain the premises in a reasonably safe condition.

10. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, Meretha Arnold which consisted *inter alia* of the following particulars:

   a) Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, a safe common area, free from hazards which were recognized or should have been recognized by Defendant as causing or likely to cause the serious physical harm to the Plaintiff and others;

   b) Failing to maintain the premises in a safe condition to ensure that the Plaintiff would not be caused to slip and fall as a result of the flooring which existed and which were known and should have been known to the Defendant;

   c) Failing to properly inspect the flooring wherein the Plaintiff was caused to fall as a result of the treated flooring;

   d) Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

   e) Failing otherwise to comply with the applicable laws and regulations of the State of Indiana;

   f) Otherwise failing to exercise the degree of care required under the circumstances; and

g)  Otherwise being negligent.

**WHEREFORE**, Plaintiff pray that the Court enter judgment in her favor and against Defendant in an amount commensurate with his damages, and for any further and additional relief as this Court deems just and proper.

Respectfully submitted,
**GLASER & EBBS, LLC**

*/s/ Michael A. Busching*
Michael A. Busching #21563-29
132 East Berry ST
Fort Wayne, IN 46802
mbusching@glaserebbsfw.com
P (260) 424-0954
F (260) 424-6529
ATTORNEYS FOR PLAINTIFF

02D03-2305-CT-000330

USDC IN/ND case 1:23-cv-00236-HAB-SLC   document 6   filed 05/09/23   page 4 of 4

Filed: 5/9/2023 8:34 AM
Clerk
Allen Superior Court 3
Allen County, Indiana
JS

IN THE ALLEN SUPERIOR COURT
STATE OF INDIANA

| | |
|---|---|
| MERETHA ARNOLD, | ) CAUSE NO. |
| Plaintiff, | ) |
| v. | ) |
| KOHLS INDIANA LP. | ) |
| Defendant. | ) |

## JURY DEMAND

NOW COMES, Plaintiff, Meretha Arnold by and through the undersigned Counsel, and requests that this cause be tried to a jury pursuant to Trial Rule 38 of the Indiana Rules of Civil Procedure.

Respectfully submitted,

GLASER & EBBS, LLC

/s/ Michael A. Busching
Michael A. Busching #21563-29
132 East Berry ST
Fort Wayne, IN 46802
mbusching@glaserebbsfw.com
P (260) 424-0954
F (260) 424-6529
ATTORNEYS FOR PLAINTIFF